**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00909-CR
### No. 05-13-00910-CR

**WILLIAM NELLIUS HUBBARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F-0526988-Y, F05-26990-Y**

## ORDER

The Court **GRANTS** appellant's February 13, 2014 motion to supplement the reporter's record.

We **ORDER** court reporter Sharina A. Fowler to file a supplemental reporter's record, within **FIFTEEN (15) DAYS** from the date of this order, that contains: (1) State's Exhibit #1 Conviction/Judgment, and (2) State's Exhibit #2 Plea of True/Stipulation of Evidence.

/s/      DAVID EVANS
         JUSTICE